UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case

```
FILED: JULY 25, 2008
08CV4233
JUDGE LEFKOW
MAGISTRATE JUDGE DENLOW
AEE
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| SIGNATURE |  |
|---|---|
| FIRM |  |
| STREET ADDRESS |  |
| CITY/STATE/ZIP |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES     NO ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES     NO ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES     NO ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES    NO ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL        APPOINTED COUNSEL ||

Case 1:08-cv-04233　　Document 3　　Filed 07/25/2008　　Page 2 of 2