UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case | FILED: JULY 25, 2008<br>08CV4233<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE DENLOW<br>AEE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| SIGNATURE |
| --- |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)     TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES     NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES     NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES     NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES   NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL     APPOINTED COUNSEL |

Case 1:08-cv-04233    Document 7    Filed 07/25/2008    Page 2 of 2