UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**LABORERS' PENSION FUND, ET AL.**

PLAINTIFF(S)

Case No.
08CV4233

vs.

**DRESDEN CONCRETE, INC. D/B/A DRESDEN OF ILLINOIS, INC.**

DEFENDANT(S)

SERVICE DOCUMENTS:
SUMMONS & COMPLAINT

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 30, 2008**, at **11:37 AM**, I served the above described documents upon **DRESDEN CONCRETE, INC. D/B/A DRESDEN OF ILLINOIS, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **PAULA FEDOR / LITIGATION PARALEGAL**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **500 W MAIDON ST., STE 3700, CHICAGO, IL 60661.**

**DESCRIPTION:** Gender: **F**   Race: **WHITE**   Age: **40**   Hgt: **5'4"**   Wgt: **130**   Hair: **BLONDE**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

**Robert D Fairbanks, Lic #: 117-001119**
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 30th day of July, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
40202