IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | Case No. 08 C 4233 |
| v. | ) ) | Judge Lefkow |
| DRESDEN CONCRETE, INC., an Illinois corporation also d/b/a DRESDEN OF ILLINOIS, INC., an Illinois corporation, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Dresden Concrete Inc.
      c/o Illinois Lawdock Inc.
      500 W. Madison Street, Suite 3700
      Chicago, IL 60661

PLEASE TAKE NOTICE that at *9:30 a.m. on Thursday, September 4, 2008*, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Joan Humphrey Lefkow, Room 1925, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present *Plaintiffs' Motion for Entry of Default Judgment in Sum Certain*, a copy of which is herewith served upon you.


August 27, 2008                                             Laborers Pension Fund, et al.


                                                            By: /s/ Amy Carollo

Amy Carollo
Office of Fund Counsel
111 West Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## **PROOF OF SERVICE**

    The undersigned certifies that on this 27th day of August, 2008 she served this notice to the above addressee(s) via U.S. Mail.

/s/ Amy Carollo