**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                   Case Number:   08 CV 4233

Laborers' Pension Fund and Laborers' Welfare Fund, et al.

v.

Dresden Concrete, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Defendant, Dresden Concrete, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Jeffrey S. Piell | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jeffrey S. Piell | |
| FIRM   Quarles & Brady LLP | |
| STREET ADDRESS   500 West Madison Street, 37th Floor | |
| CITY/STATE/ZIP   Chicago, IL 60661-2511 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6208138 | TELEPHONE NUMBER   312-715-5216 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br>  RETAINED COUNSEL                    APPOINTED COUNSEL | |